JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO RODRIGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>D. DEXTER, Warden,<br><br>        Respondent. | Case No. CV 08-598-DDP (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 28, 2010

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge